UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARA A TZANETIS                                                        JURY TRIAL DEMANDED

v.                                                                     CASE NO.  3:11CV

VELOCITY INVESTMENTS, LLC

COMPLAINT

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.   Plaintiff is a natural person who resides in Connecticut.

4.   Plaintiff is a consumer within the FDCPA.

5.   Defendant is a debt collector within the FDCPA.

6.   In or after January, 2011, Defendant communicated with plaintiff or others in an effort to collect a personal account identified as being a Citibank account which had been purchased by Velocity.

7.   Defendant communicated with plaintiff on his cell phone without permission to do so.

8.   In its initial communication, Defendant notified plaintiff of her right to "opt out" of "any sharing or selling of" her "information with outside sources" "for legal and routine business purposes" even though defendant was prohibited by federal and state law from making third party disclosures.

9.   Plaintiff was invited to check either box: "I wish to opt out and not have my information sold or shared with outside sources" or "I do not wish to exercise the opt out right."

FIRST COUNT

10.   In the collection efforts,  defendant violated the FDCPA, § 1692c, -e, -f, or -g.

SECOND COUNT

11.   Within three years prior to the date of this action, Defendant engaged in acts and practices as

to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

      12. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under each applicable statute;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

                                THE PLAINTIFF

                                BY__/s/ Joanne S. Faulkner__
                                JOANNE S. FAULKNER ct04137
                                123 AVON STREET
                                NEW HAVEN, CT 06511-2422
                                (203) 772-0395
                                faulknerlawoffice@snet.net