UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARA A TZANETIS

v.  CASE NO.  3:11CV 228 (MRK)

VELOCITY INVESTMENTS, LLC

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

        THE PLAINTIFF

        BY_____/s/ Joanne S. Faulkner__
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395

Certificate of Service

I hereby certify that on February 21, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        ____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772 0395
        j.faulkner@snet.net